Petitioner: Chad Francis
(773) 543-4262
c/o P.0. Box 388337
Chicago, Illinois [60638]

United States District Court
Northern District of Illinois
Everett McKinley Dirksen Building

**08CV4568**

219 South Dearborn Street

**JUDGE GETTLEMAN**

Chicago, Illinois [60604]

**MAGISTRATE JUDGE MASON**

Dear clerk;

Please file on demand (28 U.S.C. § 1361) this civil cover sheet, E(8) restricted
appearance form and Notice its accompanying verified statement of interest or right,
pursuant to Rule C(6)(a) of the Supplemental Rules of Certain Admiralty or Maritime
Claims in a Foreign, judgment/miscellaneous case jacket of Article III case 08-
(please fill in assigned number). This being evidence in case these foreign agent
presenters claim I have obligations to perform or continue to make false claims against
me, in the future. A copy of these instructions will be sent with county recorded stamped
documents to the below addressee. The original red ink marked timely refused for cause
having been previously returned timely to the presenter (Westmont Police) the eleventh
day of the six month in the year of the Lord two thousand eight (certified mail 7004 1350
0002 8677 9410) (see NOTICE attachments). The original non-published verified
statement of interest or right with postal round date mailing certificate was served
initially on the twenty-seventh day of the sixth month in the year of the Lord two
thousand and eight, to CHARIOT Automotive and Towing (see Notice contents list).

"Original exclusive cognizance" vest, due the First Judiciary Act of September 24, 1789;
Chapter 20, page 77. The Constitution of the United States of America, Revised   and
Annotated - Analysis and Interpretation- 1982

### Certificate of Mailing

My signature below expresses that I have previously return mailed the
original presentments timely refused for cause in red ink, and sent Notice of verified
statement of interest or right (see above and Notice attachments). I shall overnight U.S.
mail (EH 305791471) county recorded copies of the previously served documents with
copy of these clerk instructions to: Judge Ronald Douglas Sutter, room 4007, Dupage
County Judicial Center, 505 North County Farm Road, Wheaton, Illinois [60187]

_(signature)_ Petitioner
Chad Francis (true name), sui juris;            ara family

**FILED**

AUG 1 2 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Manipulation of petitioner's true name or mailing address in any way evidences an unauthorized
character assassination, NOT PRO SE! E(8) restricted appearance only.

# CHASE ❂

## Personal Signature Card

**ACCOUNT TITLE**
CHAD F CATUARA

| | |
|---|---|
| **ACCOUNT NUMBER** | |
| **TAX RESPONSIBLE ID #** | |
| **ACCOUNT TYPE** | Chase Basic Checking |

**PERSONAL ADDRESS**  14540 LAVERGNE
MIDLOTHIAN IL 60445

COPY

| | |
|---|---|
| **DATE OPENED** | 12/23/1992 |
| **ISSUED BY** | JPMorgan Chase Bank, N.A. ( 111 )
1 Chase Tower
900
ROSEMARY LEWIS
(312) 732-5453
03/12/2008 |

### TYPE OF OWNERSHIP   Individual

| TAXPAYER ID # | DATE OF BIRTH | PRIMARY ID TYPE | PRIMARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE | SECONDARY ID TYPE | SECONDARY ID NUMBER | ISSUER | ISSUANCE DATE | EXP DATE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/24/1980 | | Driver's License | C360 1080046 | IL | 02/20/2006 | 03/24/2010 | None | | | | |

1)
2)
3)
4)
5)
6)
7)
8)

( *Tax Responsibility Indicated)

### CUSTOMER(S) TO BE ADDED LATER

**ACKNOWLEDGEMENT**   By signing the Signature Card, I am applying to JPMorgan Chase Bank, N.A. (the Bank) to open the deposit account indicated above. I certify that the information provided hereon is true to the best of my knowledge and authorize the Bank, at its discretion, to obtain credit reports and employment verifications on me. I acknowledge receipt of the Bank's Account Rules and Regulations or other applicable agreement, which includes all provisions that apply to the deposit account and the Bank Privacy Policy, and agree to be bound by the terms and conditions contained therein as amended from time to time. For term accounts, I agree that all penalties are responsible for any overdraft of any amount due to the return of a deposited check without condition or limitation.

**CERTIFICATION**   I certify under penalty of perjury that (1) the Taxpayer Identification Number shown above is correct, and (2) I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and (3) I am a U.S. person (including a U.S. resident alien).

☐ **Mark this checkbox and cross out item 2 above if the IRS has notified you that you are currently subject to backup withholding due to underreporting interest or dividends on your tax return.**

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| NAME | SIGNATURE | DATE | NAME | SIGNATURE | DATE |
|---|---|---|---|---|---|
| 1) CHAD F CATUARA | | 5/14/08 | 5) | | |
| 2) | | | 6) | | |
| 3) | | | 7) | | |
| 4) | | | 8) | | |

"OFFICIAL SEAL"
Denise Peel
Notary Public, State of Illinois
Cook County
My Commission Expires May 23, 2011

Rev 2017

Case 1:08-cv-04568    Document 1    Filed 08/12/2008    Page 3 of 23

FEDERAL RESERVE NOTES

## § 411.   Issuance to reserve banks; nature of obligation; redemption

Federal reserve notes, to be issued at the discretion of the Federal Reserve Board [Board of Governors of the Federal Reserve System] for the purpose of making advances to Federal reserve banks through the Federal reserve agents as hereinafter set forth and for no other purpose, are hereby authorized. The said notes shall be obligations of the United States and shall be receivable by all national and member banks and Federal reserve banks and for all taxes, customs, and other public dues. They shall be redeemed in lawful money on demand at the Treasury Department of the United States, in the city of Washington, District of Columbia, or at any Federal reserve bank.

(Dec. 23, 1913, ch 6, § 16, ¶ 1, 38 Stat. 265; Jan. 30, 1934, ch 6, § 2(b)(1), 48 Stat. 337.)

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

**References in text:**

The phrase "hereinafter set forth" appearing in this section probably means as set forth in § 17 et seq. of the Federal Reserve Act (Act Dec. 23, 1913). For distribution of such sections, consult USCS Tables volumes.

**Explanatory notes:**

The bracketed words "Board of Governors of the Federal Reserve System" have been inserted on authority of Act Aug. 23, 1935, ch 614, § 203(a), 49 Stat. 704, which appears as 12 USCS § 241 note.

This section is comprised of the first paragraph of section 16 of Act Dec. 23, 1913. Paras. 2–4, 5 and 6, 7, 8–11, 13 and 14 of section 16, and paras. 15–18 of section 16, as added June 21, 1917, ch 32, § 8, 40 Stat. 238, are classified to 12 USCS §§ 412–414, 415, 416, 418–421, 360, 248(o) and 467, respectively. Para. 12 of section 16, formerly classified to 12 USCS § 422, was repealed by Act June 26, 1934, ch 756, § 1, 48 Stat. 1225.

**Amendments:**

**1934.** Act Jan. 30, 1934, substituted "lawful money" for "gold" in the last sentence of this section, and deleted "in gold or lawful money" which followed "or" in such sentence.

### CODE OF FEDERAL REGULATIONS

Federal Reserve System—International banking operations (Regulation K), 12 CFR Part 211.

### CROSS REFERENCES

Gold coinage discontinued, 31 USCS § 5112.

This section is referred to in 12 USCS §§ 348, 420, 421, 467.

### RESEARCH GUIDE

**Federal Procedure:**

4 Fed Proc L Ed, Banking and Financing §§ 8:2, 351.

4A Fed Proc L Ed, Banking and Financing §§ 8:639, 1472.



Doc#:  0822034111  Fee: $70.00
Eugene "Gene" Moore
Cook County Recorder of Deeds
Date: 08/07/2008 02:15 PM  Pg: 1 of 18

NOTICE TO PRINCIPAL IS NOTICE TO AGENT
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

## 08CV4568
## JUDGE GETTLEMAN
## MAGISTRATE JUDGE MASON

# NOTICE[1]
# Recording Cover Page

**CONTENTS:**
Proof of Refused for cause (r4c) service to Westmont Police(1pg.)[2]
Proof of r4c courtesy fax service to Dupage State Attorney (1pg.)
R4c Notice to Westmont Police/Dupage State Attorney (1pg.)
R4c abandoned paper alleged Complaint pg 1of 4 (1pg.)
R4c abandoned paper alleged Complaint pg 2 of 4 (1pg.)
R4c abandoned paper alleged Complaint pg 3 of 4 (1pg.)
R4c abandoned paper alleged Complaint pg 4 of 4 (1pg.)
R4c abandoned paper WS23023 (1pg.)
R4c abandoned paper WS23024 (1pg.)
R4c abandoned paper WS23025 (1pg.)
R4c abandoned paper  784111 front-side (1pg.)[3]
R4c abandoned paper  784111 backside (1pg.)
Proof of service Verified Statement of Interest to CHARIOT (1pg.)
Notice of Verified Statement of Interest or Right to CHARIOT (2 pgs.)[4]
Secretary State Certificate of Oath (1pg.)
Copy of  Associate Judge Ronald D. Sutter Oath (1 pg.)
Enlarged copy license endorsed "not amenable to process" (1pg.)

---

[1] Presumptions of need to appear shall be in Admiralty   E(8) "restricted appearance" paper form.
[2] Released from Cook County custody, after 5P.M., Friday the sixth day of the sixth month in the year of the Lord two thousand eight. Refused for cause return customarily three days not counting non-business weekends.
[3] Notations of All Rights Reserved! (diagonally across certificate of defendant), wop Chad Francis of the Catuara family   U.D.
[4] CHARIOT Automotive and Towing 6402   Joliet Road, Countryside, Illinois [60525] (impound yard)

```
              TRANSMISSION VERIFICATION REPORT

                                    TIME  : 06/11/2008 20:46
                                    NAME  : OFFICE DEPOT 2421
                                    FAX   : 7732848789
                                    TEL   : 7732849233
                                    SER. # : BROH4J819961
```

```
DATE,TIME                06/11  20:42
FAX NO./NAME             16304078151
DURATION                 00:04:39
PAGE(S)                  11
RESULT                   OK
MODE                     STANDARD
                         ECM
```

# Office
## DEPOT.

*Taking Care of Business*

## Fax Transmission
### PLEASE PRINT

Dupage

TO: State Attorney          FROM: Chad Francis

**FAX NUMBER:** 630 407 8851

**SENDER'S PHONE #:** 773-543-4262

**DATE:** 06/11/08          **# OF PAGES:** 10

**Customer's Notes:** Refused for cause duplicate, Originals back to WESTMONT POLICE!

Receiver: If you have any difficulties with this transmission, please contact the sender at the phone number listed above.

#### OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING, LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE; (II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET, OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V) CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER, BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST TO SEND, OR SENDING THIS FAX.

all Rights reserved X Chad Francis, sui juris, of thee Cathara family



## U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ $1.17 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $6.07 |

0104

Postmark Here

06/11/2008
Chief Ramey

Sent To: Westmont Police Station
Street, Apt No.; or PO Box No. 500 N. Cass Avenue
City, State, ZIP+4 Westmont Illinois [60559]

PS Form 3800, June 2002

7004 1350 0002 8677 9410

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Westmont Police Station
500 N. Cass Ave
Westmont, Illinois [60559]
Chief James Ramey

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Graves_   ☑ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Graves

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)

7004 1350 0002 8677 9410

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## Judicial Notice:
### Unlawful Trespass, Search, Seizure, and Theft of Plainly Marked Red Festiva Private Property, Including the Kidnap of a Flesh and Blood Free Man, Chad Francis, sui juris, of the Catuara Family; on the Land Known as the Illinois Republic

Notice to principal is notice to agent.
Notice to agent is notice to principal.

To: fax (630) 407-8151 the Dupage County States Attorney

Westmont Police Station                    certified mail # 70041350000286779410
500 N. Cass Avenue
Westmont, Illinois 60559
Police Chief James Ramey

To wit: Chad Francis, sui juris; of the Catuara family a sovereign free man born of the Illinois Republic sends this correspondence giving notice of totally unlawful activities outside of proper authority seizing my easily identified private property (a non-registered means of travel not a motor vehicle) and myself on the fourth day of June in the year of the Lord two thousand and eight. A copy of a notarized bill of sale recorded in Cook County Document 0807218160 dated the twelfth day of the third month in the year of the Lord two thousand and eight was affixed to the rear window, while a yellow background hard plastic sign with black lettering stating "private property trespassers will be prosecuted" and listing contact for "Chad Francis, P.O. Box 388337, Chicago, Illinois [60638] 773-543-4262 lay in the front window covering the obsolete VIN. And, in a Cook County Recorded Document 0713122163 dated May eleventh in the year of the Lord two thousand seven entitled Notice of Demand For Rights I posted public notice that I travel the roadways by Common Law Right.

Furthermore, your abandoned papers are being timely refused for cause, due my unauthorized kidnap until June sixth (mailed within 3 business days as is accepted custom). The red inked originals going back to Westmont Police Chief James Ramey, with a duplicate packet faxed to (630) 407-8151 the Dupage County States Attorney office and a copy remaining in my files for possible inclusion in a counter-complaint because of these totally unwarranted and easily avoidable abuses of power nuisances created by the WESTMONT POLICE personnel.

All Rights Reserved
Chad Francis(true name), sui juris: of the Catuara family

**Westmont Police** 1102 (Rev. 09/01)

**STATE OF ILLINOIS**  **UNITED STATES OF AMERICA**  **COUNTY OF DU PAGE**

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS OR

CASE NUMBER

A MUNICIPAL CORPORATION

—VS—

Chad F Catuara

Defendant

**COMPLAINT**

CITY, VILLAGE, TOWNSHIP OF

Westmont (08-6409)

File Stamp Here

**COUNT ONE**

In the name and by the authority of the People of the State of Illinois _____
_____ Ofc. J. Muska #115 _____hereinafter called the complainant, on oath charges that at or about the
hour of __1:04 PM__ on or about the _____4th_____ day of _____June, 2008_____ in said County and State
_____Chad F Catuara_____ hereinafter called the defendant committed the offense of
_____Resisting A Peace Officer_____
in violation of Chapter ____720____ Paragraph ____5 / 31-1____ of the Illinois Compiled Statutes, in this, to wit,
that the said Defendant

knowingly resisted the performance of Ofc. Jennifer Muska #115 of an authorized act within his official capacity, being the
arrest of Chad F. Catuara, knowing Ofc. Jennifer Muska #115 to be a peace officer engaged in the execution of her official
duties, in that he would not exit his car when ordered to do so.

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the State
of Illinois.

**COUNT TWO**

In the name and by the authority of the People of the State of Illinois _____
_____ Ofc. J. Muska #115 _____hereinafter called the complainant, on oath charges that at or about the
hour of __1:04 PM__ on or about the _____4th_____ day of _____June, 2008_____ in said County and State
_____Chad F Catuara_____ hereinafter called the defendant committed the offense of
_____Resisting a Peace Officer_____
in violation of Chapter ____720____ Paragraph ____5 / 31-1____ of the Illinois Compiled Statutes, in this, to wit,
that the said Defendant

knowingly obstructed the performance of Ofc. Jennifer Muska #115 of an authorized act within his official capacity, being the
arrest of Chad F. Catuara, knowing Ofc. Jennifer Muska #115 to be a peace officer engaged in the execution of his official
duties, in that he refused to put his hands behind his back when requested by Ofc. James C. Schneider and Ofc. Jennifer
Muska #115.

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the State
of Illinois. **(VERIFICATION ON LAST PAGE)**

Westmont Police                                                                         2103 (Rev 9/01)

## COUNT 3

In the name and by the authority of the People of the State of Illinois _____

_____ Ofc. J. Muska #115 _____ hereinafter called the complainant, on oath charges that at or about the

hour of __1:04 PM__ on or about the ___4th___ day of _____ June, 2008 _____ in the said County and State

_____ Chad F Catuara _____ hereinafter called the defendant committed the offense of

_____ Attempt Obstructing Justice _____

in violation of Chapter ___720___ Paragraph ___5 / 8-4(a)___ of the Illinois Compiled Statutes in this,

to wit, that the said defendant

with the attempt to commit the offense of obstructing justice, in violation of chapter 720, act 5, paragraph 31-4(a) of the
Illinois compiles statutes, performed a substantial step toward the commission of that offense, in that he, without authority,
would not supply his identity, in an attempt to not be arrested on a warrant and for driving while his license was suspended.

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the
State of Illinois.

## COUNT 4

In the name and by the authority of the People of the State of Illinois _____

_____ Ofc. J. Muska #115 _____ hereinafter called the complainant, on oath charges that at or about the

hour of __1:04 PM__ on or about the ___4th___ day of _____ June, 2008 _____ in the said County and State

_____ Chad F Catuara _____ hereinafter called the defendant committed the offense of

_____ Unlawful Possession Of Cannabis _____

in violation of Chapter ___720___ Paragraph ___550 / 4(a)___ of the Illinois Compiled Statutes in this,

to wit, that the said defendant

knowingly and unlawfully had in his possession not more than 2.5 grams of a substance containing Cannabis, other than as
authorized in the Cannabis Control Act.

Field Tested Positive

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the State
of Illinois.

(VERIFICATION ON LAST PAGE)

CF 99-45          **CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS 60189-0707**
**DEFENDANT COPY**

## COUNT    5

In the name and by the authority of the People of the State of Illinois _____

_____ Ofc. J. Muska #115 _____ hereinafter called the complainant, on oath charges that at or about the

hour of ____1:04 PM____ on or about the ____4th____ day of _____June, 2008_____ in the said County and State

_____ Chad F Catuara _____ hereinafter called the defendant committed the offense of

_____ Unlawful Possession Of Drug Paraphernalia _____

in violation of Chapter _____720_____ Paragraph ____600 / 3.5(a)____ of the Illinois Compiled Statutes in this,

to wit, that the said defendant

knowingly possessed a silver in color "one hitter" pipe, an item of drug paraphernalia, with the intent to use in ingesting

cannabis into his body.

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the
State of Illinois.

## COUNT

In the name and by the authority of the People of the State of Illinois _____

_____ Ofc. J. Muska #115 _____ hereinafter called the complainant, on oath charges that at or about the

hour of ____X X X____ on or about the ____4th____ day of _____June, 2008_____ in said County and State

_____ Chad F Catuara _____ hereinafter called the defendant committed the offense of

in violation of Chapter _____ Paragraph _____ of the Illinois Compiled Statutes in this.

to wit, that the said defendant

Contrary to the form of the statute in such case made and provided and against the peace and dignity of the people of the State
of Illinois.

(VERIFICATION ON LAST PAGE)

CF 99-45          **CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS 60189-0707**
**DEFENDANT COPY**

CRIMINAL COMPLAINT VERIFICATION     Last page of 4 Pages     **Westmont Police**     1104 (Rev. 04/01)

## VERIFICATION

08-6409
ORIGINATING AGENCY NUMBER

L51109396
DOCUMENT CONTROL NUMBER

CIRCUIT COURT CASE NUMBER

I have read this complaint containing _____ Five _____ counts, and all allegations herein are true and correct.

_____
Complainant

Subscribed and sworn before me this

this _____ 4th _____ day of _____ June, 2008

OFFICIAL SEAL
BETH A DAVIS
NOTARY PUBLIC STATE OF ILLINOIS
MY COMMISSION EXPIRES

NOTARY PUBLIC

Copy of Complaint delivered to said Defendant

this _____ 4th _____ day of _____ June, 2008

S/ _____
JUDGE / PEACE OFFICER

---

**DEFENDANT INFORMATION:**

Catuara _____ Chad _____ F
DEFENDANT'S NAME - LAST     FIRST     MIDDLE

14540 S. Lavergne Aveneue _____ Midlothian _____ IL _____ 60445 _____ (773) 543-4262
DEFENDANT'S ADDRESS     CITY     STATE     ZIP CODE     TELEPHONE

3/24/1960 _____ C360-1066-0086 _____ IL _____ 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
MONTH  DAY  YEAR     DRIVER'S LICENSE NUMBER     STATE     SOCIAL SECURITY NUMBER
Birthdate

38815651494
CIRCUIT COURT
INTERNAL CONTROL NUMBER

ON VIEW ARREST  ☒ Yes  ☐ No

INITIALED APPROVAL OF STATES ATTORNEY

---

**COMPLAINING WITNESS INFORMATION:**

Ofc. J. Muska #115 _____ 500 N. Cass Avenue _____ Westmont, IL  60559 _____ (630) 968-2151
NAME     ADDRESS     CITY     STATE     ZIP CODE     TELEPHONE

**OTHER WITNESS INFORMATION:**

Ofc. James C. Schneider #139 _____ 500 N. Cass Avenue, Westmont, IL. 60559 _____ (630) 968-2151
NAME     ADDRESS     CITY     STATE     ZIP CODE     TELEPHONE

_____
NAME     ADDRESS     CITY     STATE     ZIP CODE     TELEPHONE

_____
NAME     ADDRESS     CITY     STATE     ZIP CODE     TELEPHONE

---

**CHRIS KACHIROUBAS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT**
**WHEATON, ILLINOIS 60189-0707**
**DEFENDANT COPY**

**ILLINOIS CITATION AND COMPLAINT**
**WESTMONT POLICE DEPARTMENT**

OCN _____

| CASE NO. | | ISP DISTRICT OCC. | **VIOLATOR** |

| COUNTY OF DUPAGE | | TOWNSHIP OF | ☐ TWP. RD. |

☑ PEOPLE STATE OF ILLINOIS VS. ☐ CITY/VILLAGE OF MUNICIPAL CORPORATION PLAINTIFF VS.

NAME _____ SID # ____
(last) (first) (mi.)

ADDRESS _____ EYES ____ ☐ Female ☐ Male
(Street) (Apt.)

CITY STATE ZIP _____ HAIR ____ HEIGHT ____ WEIGHT ____

DR. LIC. _____ STATE COL. ____ EXPIR. DATE ____ DATE OF BIRTH ____

The Undersigned states that on ___/___/___ at ___ A.M. P.M. Defendant did unlawfully operate

| REGISTR. NO. | | STATE | YEAR | US DOT # |

| MAKE | | YEAR | COLOR |

0. ☐ PEDESTRIAN   1. ☐ PASSENGER CAR   2. ☐ RDC VEHICL OR TRUCK   3. ☐ BUS   4. ☐ TRUCK TRACTOR   5. ☐ TRAIL. OR SEMI-TRAIL.   6. ☐ MOTORCYCLE OR BICYCLE   7. ☐ OTHER   8. ☐ COM. MOTOR VEHICL   9. ☐ PLACARDED HAZ. MAT.

Upon a Public Highway, or other Location, Specifically _____

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense:

I.V.C. 625 ILCS 5/

☐ ____ NOT OPERATING UNINSURED VEHICLE

☐ 101 NO VALID DRIVER'S LICENSE

☐ 6-303 ( ____ ) DRIVING W/DL LICENSE SUSPENDED

☐ 11-305 DISOBEYING TRAFFIC CONTROL DEVICE

☐ 11-501(a)( ____ ) DRIVING UNDER INFLUENCE

☐ 11-502 ( ____ ) ILLEGAL TRANSPORTATION ALCOHOL

☐ 11-601(a) FAILURE TO REDUCE SPEED/ACCIDENT

☐ 11-601(b) SPEEDING ____ MPH A ____ MPH ZONE

☐ 11-709 ( ____ ) IMPROPER LANE USAGE

☐ 12-603.1 FAILURE TO WEAR SEAT BELT ( ____ ) P

☐ I.V.C.S. ☐ LOCAL ORDINANCE CH ____ ART ____ /SEC ____

NATURE OF OFFENSE _____

ACCIDENT TYPE: ☐ DRIVER/INJURY ONLY ☐ PROPERTY DAMAGE ☐ PERSONAL INJURY ☐ FATAL   REF. NO. ____

ROAD CONDITIONS ☐ WET ☐ DRY ☐ SNOW ☐ ICE

VISIBILITY ☐ DAY ☐ NIGHT ☐ RAIN ☐ SNOW ☐ FOG ☐ CLEAR

METHOD 0. ☐ H.H. RADAR 1. ☐ PACE 2. ☐ RADAR 3. ☐ A.CRAFT 4. ☐ MARKED 5. ☐ VASCAR

6. ☐ C SIGNED 7. ☐ ASSIST 8. ☐ ACCIDENT ☐ OTHER

NOTATIONS: _____

**BOND INFORMATION** (keep middle portion, back side of Gold copy) ☐ 1. CASH $ ____ ☐ FULL AMOUNT ☐ 10%

☐ 2. IL DRIVER'S LICENSE ☐ 3. BOND CARD NO. _____ ISSUED ____

☐ 4. BOND POSTED ON TICKET NO. ____ ☐ 5. NO BOND - CONFINED AT ____

☐ 6. NOTICE TO APPEAR ☐ 7. PROMISE TO COMPLY ☐ 8. INDIVIDUAL BOND (FULL AMOUNT $ ____

WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.

SIGNATURE X _____

DuPage County Circuit Court  4000 Saratoga Ave., Downers Grove, IL 60515

☐ COURT APPEARANCE REQUIRED.   You will be notified of your court date and time by the Circuit Court Clerk. This notice will be sent by regular mail.

☐ NO COURT APPEARANCE REQUIRED.   If you do not pay this ticket within 15 days from today, you will be notified of a court date and time by the Circuit Court Clerk. This notice will be sent by regular mail.

YOU MUST IMMEDIATELY NOTIFY THE CLERK OF ANY CHANGE IN ADDRESS AT (630) 407-8600

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 1961, the undersigned certifies that the statements set forth in this instrument are true and correct.

___/___/___ _____ ____
MONTH  DAY  YEAR   OFFICER'S SIGNATURE   I.D. NO.

**ILLINOIS CITATION AND COMPLAINT**
**WESTMONT POLICE DEPARTMENT**

WS 232024

DCN

| CASH NO. | | ISP DISTRICT OCC. | **VIOLATOR** |
| COUNTY OF DUPAGE | | TOWNSHIP OR | ☐ TWP. ☐ RD. |

☒ PEOPLE STATE OF ILLINOIS VS.   ☐ CITY/VILLAGE OF MUNICIPAL CORPORATION PLAINTIFF   VS.

| NAME | | | SID # |
| ADDRESS | | | EYES ☐ Female ☐ Male |
| CITY STATE ZIP (Street) | | HAIR | HEIGHT | WEIGHT |
| DR. LIC. | EXPIR. DATE | DATE OF BIRTH |
| | STATE CDL | |

The Undersigned states that on __/__/__ at __ A.M. P.M. Defendant did unlawfully operate:

| REGISTR. NO. | | STATE | YEAR | US DOT # |
| MAKE | | YEAR | COLOR | |

0 ☐ PEDESTRIAN   1 ☐ PASSENGER CAR   2 ☐ REC. VEHCL. OR TRUCK   3 ☐ BUS/TRUCK TRACTOR   5 ☐ TRAIL. OR SEMI-TRAIL.   6 ☐ MOTORCYCLE OR BICYCLE   7 ☐ OTHER   8 ☐ COM. MOTOR VEHCL.   ☐ FOREIGN HAZ. MAT.

Upon a Public Highway, or other Location, Specifically _____

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense:

I.V.C. 625 ILCS 5/ __

☒ 3-707 OPERATING UNINSURED VEHICLE

☐ 6-101 NO VALID DRIVER'S LICENSE

☐ 6-303 ( ) DRIVING WHILE LICENSE SUSPENDED/REVOKED

☐ 11-305 DISOBEYING TRAFFIC CONTROL DEVICE

☐ 11-501(a) ( ) DRIVING UNDER INFLUENCE

☐ ILCS ☐ LOCAL ORDINANCE   CH_____ ACT_____ SEC_____

NATURE OF OFFENSE _____

☐ 11-502 ( ) ILLEGAL TRANSPORTATION ALCOHOL

☐ 11-401(a) FAILURE TO REPORT/SPEED/ACCIDENT

☐ 11-601(b) SPEEDING _____ IN A _____ ZONE

☐ 11-709.1 ( ) IMPROPER LANE USAGE

☐ 12-603.1 FAILURE TO WEAR SEAT BELT ( )( )( )F

| | | ☐ PROPERTY DAMAGE ☐ PERSONAL INJURY | ☐ FATAL | REP. NO. |
| ROAD CONDITIONS | ☐ WET | ☐ DRY | ☐ SNOW | ☐ ICE | |
| VISIBILITY | ☐ DAY | ☐ NIGHT | ☐ RAIN | ☐ SNOW | ☐ FOG |
| METHOD | 0. ☐ H.H. RADAR | 1. ☐ PL. CAR | 2. ☐ RADAR | 3. ☐ A/CRAFT | 4. ☐ MARKED ☐ UNMARKED |
| | 6. ☐ C SIGNED | 7. ☐ ASSIST | 8. ☐ ACCIDENT | | ☐ OTHER |

NOTATIONS: _____

**BOND INFORMATION** (see middle portion, back side of Gold copy) ☐ 1. CASH $ _____   ☐ FULL AMOUNT   ☐ 10%

☐ 2. IL DRIVER'S LICENSE  ☐ 3. BOND CARD NO. _____   RECEIVED BY _____

☐ 4. BOND POSTED ON TICKET NO. _____   ☐ 5. NO BOND - CONFINED AT _____

☐ 6. NOTICE TO APPEAR   ☐ 7. PROMISE TO COMPLY   ☐ 8. INDIVIDUAL BOND (FULL) AMOUNT $ _____

WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.

SIGNATURE X _____

DuPage County Circuit Court   4000 Saratoga Ave., Downers Grove, IL 60515

☐ COURT APPEARANCE REQUIRED   You will be notified of your court date and time by the Circuit Court Clerk. This notice will be sent by regular mail.

☐ NO COURT APPEARANCE REQUIRED.   If you do not pay this ticket within 15 days from today, you will be notified of a court date and time by the Circuit Court Clerk. This notice will be sent by regular mail. YOU MUST IMMEDIATELY NOTIFY THE CLERK OF ANY CHANGE IN ADDRESS AT (630) 407-8800

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 1961, the undersigned certified that the statements set forth in this instrument are true and correct.

| MONTH | DAY | YEAR | OFFICER'S SIGNATURE | I.D. NO. |

ILLINOIS CITATION AND COMPLAINT
WESTMONT POLICE DEPARTMENT

WS 232025

DCN

| CASE NO. | | ISP DISTRICT OCC. | | VIOLATOR |
|---|---|---|---|---|

| COUNTY OF DUPAGE | | TOWNSHIP OF | | ☐ TWP. RD. |
|---|---|---|---|---|

☐ PEOPLE STATE OF ILLINOIS VS.   ☐ CITY/VILLAGE OF MUNICIPAL CORPORATION PLAINTIFF   VS.

| NAME | | | | SID # |
|---|---|---|---|---|
| (last) | (first) | (mi) | | |

| ADDRESS | | | EYES | ☐ Female ☐ Male |
|---|---|---|---|---|
| (Street) | | (Apt.) | | |

| CITY STATE ZIP | | HAIR | HEIGHT | WEIGHT |
|---|---|---|---|---|

| DR. LIC. | ☐ STATE COL | EXPIR. DATE | DATE OF BIRTH |
|---|---|---|---|

The Undersigned states that on ___/___/___ at ___ A.M. P.M. Defendant did unlawfully operate:

| REGISTR. NO. | | STATE | YEAR | |
|---|---|---|---|---|

| MAKE | | YEAR | COLOR | |
|---|---|---|---|---|

0. ☐ PEDESTRIAN   1. ☐ PASSENGER CAR   2. ☐ REC. VEHCL. OR TRUCK   3. ☐ BUS   4. ☐ TRUCK TRACTOR   5. ☐ TRAIL. OR SEMITRAIL   6. ☐ MOTORCYCLE OR BICYCLE   7. ☐ OTHER   8. ☐ COM. MOTOR VEHCL.   ☐ PLACARDED HAZ. MAT.

Upon a Public Highway, or other Location, Specifically

Located in the County and State Aforesaid and Did Then and There Commit the Following Offense:
I.V.C. 625 ILCS 5/

☐ 3-707 OPERATING UNINSURED VEHICLE
☐ 6-101 NO VALID DRIVERS LICENSE
☐ 6-303 (___) DRIVING WHILE LICENSE SUSPENDED/REVOKED
☐ 11-305 DISOBEYING TRAFFIC CONTROL DEVICE
☐ 11-501(a) (___) DRIVING UNDER INFLUENCE

☐ 11-502 (___) ILLEGAL TRANSPORTATION ALCOHOL
☐ 11-601(a) FAILURE TO REDUCE SPEED/ACCIDENT
☐ 11-601(b) SPEEDING _____ MPH IN _____ MPH ZONE
☐ 11-709 (___) IMPROPER LANE USAGE
☐ 12-603.1 FAILURE TO USE SEAT BELT (___)

☐ ILCS  ☐ LOCAL ORDINANCE   CH _____ ACT _____ SEC _____

NATURE OF OFFENSE

ROAD CONDITION: ☐ WET  ☐ DRY  ☐ SNOW  ☐ ICE
VISIBILITY: ☐ DAY  ☐ NIGHT  ☐ RAIN  ☐ SNOW  ☐ FOG  ☐ CLEAR
METHOD: ☐ R.R. RADAR  1. ☐ PL. CAR  2. ☐ RADAR  3. ☐ A.CRAFT  4. ☐ MARKED  5. ☐ VASCAR  ☐ C. SIGNED  7. ☐ ASSIST  8. ☐ ACCIDENT  9. ☐ OTHER

NOTATIONS:

BOND INFORMATION (see middle portion, back side of Gold copy) ☐ 1. CASH $ _____   ☐ BAIL AMOUNT $ _____
☐ 2. IL DRIVER'S LICENSE  ☐ 3. BOND CARD NO. _____   ISSUED BY _____
☐ 4. BOND POSTED ON TICKET NO. _____   ☐ 5. NO BOND – CONFINED AT _____
☐ 6. NOTICE TO APPEAR  ☐ 7. PROMISE TO COMPLY  ☐ 8. INDIVIDUAL BOND (FULL) AMOUNT $ _____

WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.

SIGNATURE X

DuPage County Circuit Court, 4000 Saratoga Ave., Downers Grove, IL 60515

☐ COURT APPEARANCE REQUIRED.   You will be notified of your court date and time by the Circuit Court Clerk. This notice will be sent by regular mail.

☐ NO COURT APPEARANCE REQUIRED.   If you do not pay this ticket within 15 days from today, you will be notified of a court date and time by the Circuit Court Clerk. This notice will be sent by regular mail. YOU MUST IMMEDIATELY NOTIFY THE CLERK OF ANY CHANGE IN ADDRESS AT (630) 407-8800

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 1961, the undersigned certifies that the statements set forth in this instrument are true and correct.

| MONTH | DAY | YEAR | OFFICER'S SIGNATURE | I.D. NO. |
|---|---|---|---|---|

**IN THE EIGHTEENTH JUDICIAL CIRCUIT COURT, DU PAGE COUNTY, ILLINOIS**    1047 (Rev. 03/03)

PEOPLE OF THE STATE OF ILLINOIS
-VS-

**BAIL BOND**

**SERIES B**

No. BB 784111

Defendant _Catuava, Chad F_    D.O.B. _3-24-60_    Circuit Court Case No. _____

Address _14510 S Lavergne Ave_    Social Security No. _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_

City, State, Zip _Midlothian, IL 60445_    or Municipal No. _08-6407 Westmont PD_    Originating Department _____

The person named above, as defendant, and whose signature appears below, has been charged with the offense of _Resisting a P.O.,_
_Attempt Obstructive Justice, Poss. of Cannabis, Unlaw Drug Para._

Bail for this offense has been set at $ _1000_ _____ Dollars    ☒ RULE OF COURT    ☐ JUDGE _____

Therefore, in consideration of being released from custody, the person charged, he or she, and the surety, if any, agree:

1. That they are indebted to the PEOPLE OF THE STATE OF ILLINOIS in the full amount of the bail.

2. That the person charged will:

   A. Appear to answer the charges in the 18th Judicial Circuit at the location shown below:

   ☒ on _July 7, 2008_ at the hour of _9:00_ __ M.

   ☒ on the court date and time which will be set by the Circuit Court Clerk. The notice of this court date will be sent by regular mail to the addre shown on the official records of the court. **(If this court date is not received within 28 days from the date of this bail bond, please conta the Circuit Court Clerk. 630-407-8600.)**

   You are directed to report to:

   ☐ DuPage County Judicial Center, Room No. _____, 505 N. County Farm Road, Wheaton, Illinois.

   ☐ Other_____

   and appear each time as ordered by the Court until discharged or final order of the Court.

   ☒ B. Not to leave the State of Illinois without permission of the Court.    E. Other condition

   ☒ C. Not violate any criminal statute of any jurisdiction.

   ☒ D. Give written notice to the Clerk of this Court within 24 hours of any change of address.

3. That, as security for the performance of this agreement, the person charged, and/or the surety, has deposited the following:

   ☐ A. 10% BOND. The person has deposited, in cash, 10% of Bail as set forth above. Amount of money deposited $_____ (Maximum $2 ILLINOIS DRIVER'S LICENSE NO. _____ posted as additional bail for DUI, Aggravated Fleeing, Leaving scene of PI or Death Accident, Drag Racing, Operating vehicle when registration is suspended for no insurance.

   ☐ B. FULL CASH BOND. Amount of Money Deposited $_____. (Must be equal to amount of bail set)

   ☐ C. REAL ESTATE BOND. (Separate sworn statement and schedule required.) APPROVED BY JUDGE_____

   ☐ D. STOCKS, BONDS, SECURITIES. (Separate sworn statement and schedule required.) APPROVED BY JUDGE_____

   ☐ E. RECOGNIZANCE BOND. APPROVED BY JUDGE_____

   ☒ F. INDIVIDUAL BOND. APPROVED BY _____    _Westmont #133_
   _____    _____
   Signature Designated Police Officer    Agency and Identification No.

   ☐ G. ILLINOIS DRIVER'S LICENSE No._____
   ☐ Posted as Bail    ☐ Seized as Evidence NOT AS BAIL    ☐ Seized for enforcement of Summary Suspension Law and **NOT AS BAIL (625 ILCS 11-501/1(g))**

---

**NOTICE TO PERSON PROVIDING BAIL MONEY, OTHER THAN THE DEFENDANT**

I hereby acknowledge that I have posted bail for the defendant named above. I further understand that the bail may be used to pay the defendant's fees, fines, costs, fees or restitution to the victim and that **I may lose all, or part of my money or property**. I further understand that if the defendant fails to comply with the conditions of the bail bond, the court shall enter an order declaring the bail to be forfeited.

Signature _____
Name _____
Address _____
City, State/Zip _____
Telephone ( ) _____

Issued on _06-30-08_
Signed before me and security received _____

---

**CERTIFICATE OF DEFENDANT**

I, the Defendant named above, do hereby state that I know and understand the terms and conditions of this bail bond as shown on the FRONT AND REVERSE SIDES of this bail bond form. I understand further that if at any time prior to the final disposition of the charge(s) I escape or am released on bond and fail to appear in court when required by the court, the result of my failure to appear will be as follows: I hereby waive my right to confront the witnesses against me; the trial can proceed in my absence; I forfeit the security money posted; judgment will be entered against me for the full amount of this bond, plus costs; a warrant may be issued, in which event additional bond money may be required. **I understand and accept the terms and conditions set forth above and on the reverse side of this bail bond.**

Signature of Defendant _____
Address _____
City, State, Zip _____
Telephone No. _____

**ASSIGNMENT OF BAIL BOND BY THE DEFENDANT**
I hereby authorize the return of the monies posted above to the person shown on this bail bond as having provided monies for my bail after all conditions of this bail bond have been met.
Signature of Defendant _____

# WARNING TO DEFENDANT

### 725 ILCS 5/109-1 (Person Arrested)

You are hereby advised and warned that at any time prior to the final disposition of the charge, you escape from custody or are released on bond and you fail to appear in court when required by the court, your failure to appear would constitute a waiver of your rights to confront the witnesses against you and the trial can proceed in your absence.

### 725 ILCS 5/115-4.1 (Absence of the Defendant)

(a) When a defendant, after arrest and an initial court appearance for arraignment on a non-capital felony, fails to appear for trial, at the request of the State and after the State has affirmatively proven through substantial evidence that the defendant is willfully avoiding trial, the court may commence trial in the absence of the defendant. Absence of a defendant as specified in this Section shall not be a bar to indictment of a defendant, return of information against a defendant, or arraignment of a defendant for the charge for which bail has been granted. If a defendant fails to appear at arraignment, the court may enter a plea of "not guilty" on his behalf. If a defendant absents himself before trial on a capital felony, the trial may proceed as specified in this Section provided that the State certifies that it will not seek a death sentence following conviction. Trial in the defendant's absence shall be by jury unless the defendant had previously waived trial by jury. The absent defendant must be represented by retained or appointed counsel.

### 720 ILCS 5/32-10 (Violation of Bail Bond)

Whoever, having been admitted to bail for appearance before any court of this State, incurs a forfeiture of the bail and willfully fails to surrender himself within 30 days following the date of such forfeiture, commits, if the bail was given in connection with a charge of felony or pending appeal or certiorari after conviction of any offense, a felony of the next lower Class or a Class A misdemeanor if the underlying offense as a Class 4 felony; or, if the bail was given in connection with a charge of committing a misdemeanor, or for appearance as a witness, commits a misdemeanor of the next lower Class, but not less than a Class C misdemeanor.

Nothing in this section shall interfere with or prevent the exercise by any court of its power to punish for contempt. Any sentence imposed for violation of this Section shall be served consecutive to the sentence imposed for the charge for which bail had been granted and with respect to which the defendant has been convicted.

### 725 ILCS 5/110-16 (Bail Bond - Forfeiture in Same Case or Absents Self During Trial - Not Bailable)

If a person admitted to bail on a felony charge forfeits his bond and fails to appear in court during the 30 days immediately after such forfeiture, on being taken into custody thereafter he shall not be bailable in the case in question, unless the court finds that his absence was not for the purpose of obstructing justice or avoiding prosecution.

If the conditions of the bail bond are carried out, the person charged has satisfied all obligations arising out of this case, this bail bond will be cancelled and the clerk of the court shall return to the accused or to the defendant's designee by assignment executed at the time bail amount was deposited. If any condition is not met, the bail bond will be forfeited and judgment entered against the person charged, and/or the surety, if any, of the full amount of the bail shown above, plus costs.

When the person charged has been discharged from all obligations in this case, the security posted shall be distributed as follows:

A. When 10% bond has been posted, and the case has been disposed by dismissal or by final order of the Court, then 90% of the amount posted will be available for refund to the person charged, or to apply to any fines, costs, fees, penalties or judgments assessed in this case. 10% of the amount posted, but not less that $5.00, will be retained as bail bond costs.

B. Any refund will be made to the person charged, unless a Court order is entered directing the refunds to some other person.

C. When stocks, bonds, securities or real estate have been posted as security, such security shall be returned to the person charged, and/or surety, and the lien on any real estate will be discharged.

### 725 ILCS 5/124A-10 (Lien)

The clerk of the court in which the conviction is had shall upon the expiration of 80 days after judgement is entered issue a certified copy of the judgment for any fine that remains unpaid, and all costs of conviction remaining unpaid. Unless a court ordered payment schedule is implemented, the clerk of the court may add to any judgment a delinquency amount equal to 5% of the unpaid fines, costs, fees, and penalties that remain unpaid after 30 days, 10% of the unpaid fines, costs, fees, and penalties that remain unpaid after 60 days, and 15% of the unpaid fines, costs, fees, and penalties that remain unpaid after 90 days. Notice to those parties affected may be made by signage posting or publication. The clerk of the court may also after a period of 90 days release to credit reporting agencies, information regarding unpaid amounts. The additional delinquency amounts collected under this Section shall be used to defray additional administrative costs incurred by the clerk of the court in collecting unpaid fines, costs, fees, and penalties.

TRANSMISSION VERIFICATION REPORT

TIME : 06/27/2008 16:21
NAME :
FAX :
TEL :
SER.# : 000E6J795307

| DATE,TIME | 06/27 16:20 |
|---|---|
| FAX NO./NAME | 17083543415 |
| DURATION | 00:00:49 |
| PAGE(S) | 02 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CHARIOT Automotive and Towing 6402 Juliet Road
Countryside, Illinois [60525]

A. Signature
X K D 2
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 1350 0002 8677 9427

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com℠

O F F I C I A L   U S

| | |
|---|---|
| Postage | $ $0.42 |
| Certified Fee | $2.70 |
| Return Receipt Fee (Endorsement Required) | $2.20 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ $5.32    06/27/2008 |

Sent To CHARIOT Automotive and Towing
Street, Apt. No.; or PO Box No. 6402 Juliet Road
City, State, ZIP+4 Countryside, Illinois [60525]

PS Form 3800, June 2002    See Reverse for Instructions

7004 1350 0002 8677 9427



TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 07/27/2007 17:22
                                    NAME   :
                                    FAX    :
                                    TEL    :
                                    SER.#  : 000E6J795307


DATE,TIME                           07/27  17:20
FAX NO./NAME                        17087280412
DURATION                            00:01:20
PAGE(S)                             04
RESULT                              OK
MODE                                STANDARD
                                    ECM
```

**Notice of Verified Statement**
**of Interest or Right**

Notice to agent is notice to principal.
Notice to principal is notice to agent.

To: Whom it may concern
    CHARIOT Automotive and Towing
    6402 Joliet Road, Countryside, Illinois [60525]
    Via Fax 708-354-3415
    Certified mail 70041350000286779427    7004 1350 0002 8677 9427

To wit: You are in unlawful possession of one 1988 Red Festiva private property unlawfully
seized (stolen), from a private business' lot, on the fourth day of the sixth month in the year of
the Lord two thousand and eight sometime after one p.m. The Festiva is my private mode of
travel (non-vehicle private property notarized bill-of-sale Cook County recorded document
number 0807218150 on the twelfth day of the third month in the year of the Lord two thousand
and eight. A copy that was affixed to the back window had been removed by the Westmont
policy officers/revenue agents acting under color of law, which they placed in my property bag
during my unlawful kidnap/arrest additional copies were in the envelopes described below.
There was a yellow background with black lettering private property trespassers will be
prosecuted plastic placard/sign, with my contact information on it, covering the obsolete state
VIN on the front dash.

Also, contained within said Festiva were other personal private property items i.e.: one dark
blue rain repellant hood jacket Bridgeview Bowl patch on left breast, a Samsung cell phone
cigarette lighter charger, four red slip-on boxing gloves, a book about Einstein from Target, a
used dark blue with white lid cooler, three to four throw type furniture pillows, two replacement
belts for the Festiva, five used spark plug wires, one spare headlight element, one Milwaukee
electric screw gun, one silver colored work knife visible in the windshield's visor pouch, one six
inch red handled lineman's pliers, one six inch red handled diagonal pliers, one imitation wood
handled multi-tool in black pouch, a bag of brand new still packaged recently purchased
computer repair tools and accessories worth approximately fifty dollars from Microcenter at Cass
and Ogden (said funds previously redeemed in lawful money per 12 U.S.C. § 411, as were the
funds used to acquire the Festiva). Also, placed between the guest seat and stick shift were two
9" by 12" white envelopes containing duplicate personal papers regarding my private travels and
incidents of unlawful seizures/theft/kidnap. The outside of one envelope bearing records of
mileage and expenses incurred up to the date of theft. Lastly, to the best of my recollection there
were two pairs of sunglasses in the glove box.

Pursuant to your Rule C of the Supplemental Rules for Certain Admiralty and Maritime
Claims to the Federal Rules of Civil Procedure this is your notice, within thirty days, of my
verified statement of interest or right in my 1988 Red Festiva private property and all contents
therein. An online U.S. courts search, which a copy was tapped to the dash above the stirring

1

wheel, relating to the Festiva's old VIN showed no pending cases warranting its presumed forfeiture.[1]

Furthermore, the continued unlawful possession of my private property red Festiva results in lost work damages to me of, at a minimum, two hundred and thirty dollars a day as I was called by my hiring hall at the very time of my unlawful arrest/kidnap.

I, Chad Francis (true name), sui juis; Catuara (nomen) being of lawful age and sound mind verify/agree/attest under the laws of the Constitution for these united States of America, without the "United States" (federal government) that the statements herein are true and correct, to the best of my current knowledge, information and belief.


_____    Chad Francis (true name), sui juris; Catuara (nomen)
c/o Post Office Box 388337
Chicago, Illinois [60638]
773-543-4262

---

[1] See title 28 § 1333. Admiralty, maritime and prize cases
The district courts shall have original jurisdiction, exclusive of the courts of the States, of:
(1) Any civil case of admiralty or maritime jurisdiction, saving to suitors in all cases all other remedies to which they are otherwise entitled.
(2) Any prize brought into the United States and all proceedings for the condemnation of property taken as prize.

"...the United States, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." The First Judiciary Act; September 24, 1789; Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741.

2



**State of Illinois**
**Executive Department**



# CERTIFICATE

## To All To Whom These Presents Shall Come, Greeting:

I, JESSE WHITE, Secretary of State of the State of Illinois, do hereby certify that the attached is a true copy of the Oath of Office of Ronald D. Sutter, Associate Judge for the Eighteenth Judicial Circuit of the State of Illinois, as filed in this office on July 12, 2007.

IN TESTIMONY WHEREOF, I hereto set my hand and cause to be affixed the Great Seal of the State of Illinois. Done at the City of Springfield, July 22, 2008.



SECRETARY OF STATE



# *Oath of Office*
## *Associate Judge of the Circuit Court*
## *State of Illinois*



**FILED**
INDEX DEPARTMENT

JUL 1 2 2007

IN THE OFFICE OF
SECRETARY OF STATE

I, _____Ronald D. Sutter_____ , *do solemnly swear that I will support the Constitution of the United States, and the Constitution of the State of Illinois, and that I will faithfully discharge the duties of Associate Judge of the Circuit Court for the* _____Eighteenth_____ *Judicial Circuit of Illinois, according to the best of my ability.*

_____
*Declarant*

*Upon receipt of executed Oath of Office, the Declarant to be placed on the payroll of the Judicial Branch of Illinois the* __1st__ *day of* _____July_____ , __2007__

_____
Cynthia Y. Cobbs
*Director*
*Administrative Office*
*of the Illinois Courts*

*The undersigned, being duly authorized to administer oaths, certifies that the foregoing oath of office was administered to the Declarant on this* __10__ *day of* __June__ , __2007__ .

_____

*Chief Judge Ann B. Jorgensen*
_____

**Illinois**

Jesse White - Secretary of State

NUMBER          ISSUED          EXPIRES
C360-1066-0086  02-03-06        03-24-10



CHAD F CATUARA
14540 S LAVERGNE AVE
MIDLOTHIAN IL 60445

Birthdate 03-24-60
Male      5'09" 225 lbs     BRN Eyes
Restrictions      Type      Class
B                 ORG       D

