BR

**E(8) Restricted Appearance only!**

APPEARANCE FORM FOR ~~PRO SE~~ LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a ~~pro se~~ party (that is, without an attorney). **Not "pro se"**

NAME: Chad Francis; suijuris; of ~~the~~ Catmara family
(Please print)

STREET ADDRESS: c/o Post Box 388337

CITY/STATE/ZIP: Chicago, Illinois [60638]

PHONE NUMBER: (773) 543-4262

CASE NUMBER: 08CV4568
JUDGE GETTLEMAN
MAGISTRATE JUDGE MASON

**FILED**
AUG 1 2 2008 TC
Aug 12, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Chad Francis, sui juris; of Catmara family
Signature   Date 8/6/08

To Clerk: not appearing "pro se", but as flesh and blood man on the land in the Illinois Republic. Make no changes equating to character assassination or legal presumptions. Do not practice ~~and~~ law, file documents as required. File on demand 28 U.S.C. 1361